IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 05 108-01S |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. §§ 841(a) |
| | ) | (1) & (b)(1)(C), 21 U.S.C. § 846, |
| RAFAEL SANTOS | ) | 21 U.S.C. § 853 and 18 U.S.C. § 2. |
| ISMAEL GOMEZ | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about September 8, 2005, in the District of Rhode Island, the defendants, RAFAEL SANTOS and ISMAEL GOMEZ, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C),

all in violation of 21 U.S.C. § 846.

COUNT II

On or about April 6, 2005, in the District of Rhode Island, the defendant, RAFAEL SANTOS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount

of heroin, a Schedule I Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT III

On or about September 8, 2005, in the District of Rhode Island, the defendants, RAFAEL SANTOS and ISMAEL GOMEZ, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2.

COUNT IV

The defendant, RAFAEL SANTOS, shall forfeit to the United States all of his right, title, and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts I, II, and III of this indictment, including but not limited to the following:

One parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island that is more fully described as follows:

> That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State of Rhode Island, laid out and designated as Lot No. 45(forty-

five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1908", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.

Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 17, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

Said land and premises is also known as Assessor's Plat 53, Lot 494 in the records of the Tax Assessor of the City of Providence.

All in violation of Title 21, United States Code, section 853.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

Dated: 10. 05. 05