AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U SA

v.

Rafael Santos

APPEARANCE

CASE NUMBER: CR 05-108-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rafael Santos for Arraignment only

I certify that I am admitted to practice in this court.

10/17/05
*Date*

[signature]
*Signature*

Scott A. Lutes — 3502
*Print Name* — *Bar Number*

127 Dorrance St
*Address*

Providence — RI — 02903
*City* — *State* — *Zip Code*

861-1142 — 490-3207
*Phone Number* — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.