IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr.No. 05-108-01S |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. §§ 841(a) |
| | ) | (1) & (b)(1)(C), 21 U.S.C. § 846, |
| RAFAEL SANTOS | ) | 21 U.S.C. § 853 and 18 U.S.C. § 2. |

CONSENT DECREE FOR FORFEITURE

Now come the United States of America, by and through its attorneys, and RAFAEL SANTOS, individually and by and through his counsel, and agree and stipulate that the defendant, RAFAEL SANTOS, hereby knowingly and voluntarily forfeits to the United States of America all his right, title, and interest in and to the following parcel of real property which was used to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846, alleged in Counts I, II and III of the Indictment and, as such, is subject to forfeiture pursuant to 21 U.S.C. § 853 and pursuant to the terms of the plea agreement entered into between the United States of America and the defendant, RAFAEL SANTOS:

> That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State of Rhode Island, laid out and designated as Lot No. 45(forty-five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1908", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.
>
> Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 17, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

Said land and premises is also known as Assessor's Plat 53, Lot 494 in the records of the Tax Assessor of the City of Providence.

SIGNED AND AGREED:

ROBERT CLARK CORRENTE
United States Attorney

DATE: 2-14-2006

Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney

DATE: 4/7/06

Rafael Santos
RAFAEL SANTOS
Defendant

DATE: April 7-06

William J. Murphy
WILLIAM J. MURPHY
Counsel for the Defendant