IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr.No. 05-108-01S |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. §§ 841(a) |
| | ) | (1) & (b)(1)(C), 21 U.S.C. § 846, |
| RAFAEL SANTOS | ) | 21 U.S.C. § 853 and 18 U.S.C. § 2. |

ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture of the following parcel of real property listed in Count IV of the Indictment:

> That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State of Rhode Island, laid out and designated as Lot No. 45(forty-five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1908", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.
>
> Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 17, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

it is hereby

ORDERED, ADJUDGED and DECREED

that pursuant to 21 U.S.C. § 853, all the right, title, and interest of the defendant, RAFAEL SANTOS, in and to the above referenced parcel of real property listed in Count IV of the Indictment, is hereby forfeited to the United States of America:

The Court finds that said real property was used to facilitate the commission of the violations of 21 U.S.C. §§ 841

and 846, alleged in Counts I, II and III of the Indictment.

It is further

ORDERED, ADJUDGED, AND DECREED

as follows:

1. That the United States Marshal shall seize the above-referenced real property in accordance with law pursuant to Fed. R. Ceim. P. 32.2(b)(3);

2. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-referenced property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property and any additional facts supporting the petitioner's claim and the relief sought;

4. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property, as a substitute for published notice as to those persons so notified;

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Ordered this 7 day of April, 2006.

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE

Presented By:

ADI GOLDSTEIN
Assistant U.S. Attorney

WILLIAM J. MURPHY
Counsel for the Defendant