UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | |
| v. | : | CR. No. 005-108-01S |
| RAFAEL E. SANTOS, | : | |
| Defendant. | : | |

**PETITION FOR ADJUDICATION OF VALIDITY OF INTEREST IN PROPERTY**

Wells Fargo Bank, N.A. ("Wells Fargo") hereby claims an interest in property located at 989-993 Broad Street, Assessor's Plat 53, Lot 494, Providence, Rhode Island (the "Property"), and presents this Petition for Adjudication of Validity of Interest in Property pursuant to 21 U.S.C. § 853(n). In support of its Petition, Wells Fargo states the following:

1. On April 7, 2006, this Court entered an Order of Forfeiture with respect to the Property.

2. Defendant Rafael E. Santos ("Santos") took title to the Property on May 17, 2005. A true and accurate copy of the Deed granting Santos title recorded in Book 7288, Pages 0230 and 0231 of the City of Providence Land Evidence Records is attached hereto as Exhibit A.

3. Santos entered into a Mortgage dated May 17, 2005 (the "Mortgage") between Rafael E. Santos and Mortgage Electronic Registration Systems, Inc., as nominee for lender, Equity One Inc. d/b/a Equity One Home Mortgage Company ("Mortgage Electronic Registration Systems") with respect to the Property in the principal amount of $378,750.00. The Mortgage had a Multi-family Home Rider, Adjustable Rate Rider and an Assignment of Rents Rider. A true and accurate copy of the Mortgage and Riders recorded in Book 7288, Pages 0232 to 0256 of the City of Providence Land Evidence Records on May 17, 2005 are attached hereto as Exhibit B.

4. Santos is currently in default of the Mortgage in two respects. First, Santos has failed to make payments on the Mortgage since August 2005, and is currently eight months in arrears. Also, the Order of Forfeiture serves as a default condition under the Mortgage. See Ex. B at p. 9, ¶ 11.

5. The Mortgage provides that Wells Fargo may also assess Santos with fees and costs associated with Santos' default, including fees and costs associated with forfeiture actions, and such fees and costs become an additional debt of Santos secured by the Mortgage. See Ex. B at pp. 7-8, ¶ 9, p. 10, ¶14.

6. Santos also executed an Assignment of Rents Rider ("Rents Rider") on May 17, 2005 in conjunction with the Mortgage. The Rents Rider amended and supplemented the Mortgage, and is an absolute assignment of all rental income derived from the Property to Wells Fargo. That rider was recorded along with the Mortgage on May 17, 2005. (See Ex. B).

7. On information and belief, the Property currently has six tenants who pay rent on a monthly basis in the total amount of $5900.00.

8. Wells Fargo is the current assignee of the Mortgage. A true and copy of the Assignment of Mortgage from Mortgage Electronic Registration Systems to Wells Fargo recorded in Book 7979, Page 35 of the City of Providence Land Evidence Records is attached hereto as Exhibit C.

9. Midland Loan Services, Inc. ("Midland") is the loan service provider for Wells Fargo, and Wells Fargo granted Midland a Power Of Attorney on October 10, 2005. A true and accurate copy of that Power Of Attorney is attached hereto as Exhibit D.

10. The United States Attorney recorded a Lis Pendens in the chain of title for the Property on October 12, 2005. A true and copy of the Lis Pendens recorded in Book 7613,

Pages 195 and 196 of the City of Providence Land Evidence Records is attached hereto as Exhibit E.

11. As of April 10, 2006, the total principal and interest due and owing under the Mortgage was $ 404,982.78. Interest will continue to accrue under the note at a rate of $ 74.77 per diem from April 11, 2006.

12. At no time prior to the forfeiture of the Property did Wells Fargo or its predecessors in interest know of any of the alleged violations giving rise to the forfeiture. Wells Fargo is therefore entitled to recover its interest in the property.

**WHEREFORE**, Wells Fargo hereby prays that this Court amend the Order of Forfeiture to preserve Wells Fargo's interest in the Property, including all rents collected with respect to the Property, in an amount equal to the balance of principal, interest, fees, costs and late charges due on the Mortgage at the time of the ultimate disposition of the Property.

I hereby declare under penalty of perjury that upon information and belief the foregoing Petition, including any attachments thereto, is true and correct.

Executed: 4/21/2006
Date

Marta Reed
Marta Reed, Asset Manager
Midland Loan Services, Inc.

WELLS FARGO BANK, N.A.

By its Attorneys,

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of April, 2006, I caused a true copy of the within Petition to be served by facsimile and first class mail, postage prepaid, to the following:

Michael P. Iannotti, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903