BK7288PG0230

**WARRANTY DEED**

I, **CARLOS P. PENA** of the City of Providence, County of Providence, State of Rhode Island for consideration paid, grant to **RAFAEL SANTOS** of the City of Providence, County of Providence, State of Rhode Island,

with ***WARRANTY COVENANTS:***

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE THERETO

I, the undersigned, **CARLOS P. PENA**, do hereby covenant that I am a resident of Rhode Island in compliance with the R.I.G.L. 44-30-71.3.

The undersigned hereby certifies that he has complied with the smoke and carbon monoxide detector law, R.I.G.L. Sec. 23-28.35-1 et seq.

WITNESS my hand this 17th day of May 2005

CARLOS P. PENA

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Cranston, on the 17TH Day of May 2005, before me personally appeared CARLOS P. PENA to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument, by him executed to be his free act and deed.

Steven J. Ferdinandi
Notary Public
My Commission Expires: 06/28/2005

Grantee's Address:
989-993 Broad Street
Providence, RI 02907
AP 53, Lot 494

TAX $ 
DATE 5.17.05
RECORDER
CITY OF PROVIDENCE
025145
RHODE ISLAND
REAL ESTATE CONVEYANCE TAX

(1)

BK7288PG0231

**EXHIBIT "A"**

**hat certain lot or parcel of land with all the buildings and improvements iereon, situated on the southwesterly corner of Sumter Street and Broad treet in the City and County of Providence, State of Rhode Island laid out nd designated as Lot No. 45 (forty-five) on that plat entitles, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1908", which plat is recorded in he Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.**

**PROPERTY ADDRESS:**

**989-993 BROAD STREET**
**PROVIDENCE, R.I. 02907**

**ASSESSOR'S PLAT: 53**
**ASSESSOR'S LOT: 494**

PROVIDENCE, RI
RECEIVED FOR RECORD
2005 MAY 17 PM 2:33
BARBARA A. TRONCY
RECORDER OF DEEDS

(2)