AZSR Doc No: 00134059
Book: 7979 Page: 35

This instrument was prepared by AND
after recording, please return to:

**Midland Loan Services, Inc.**
**Attn: Collateral Services/PLJ**
**P.O. Box 25965**
**Shawnee Mission, KS 66225-5965**
**Phone No. 1-800-327-8083**

MIN: 1000466-0000511557-2
SIS: 888-679-6377
MLS Loan No: 030255084

# ASSIGNMENT OF MORTGAGE

This Assignment of Mortgage is made and entered into this 7th day of April, 2006 by **Mortgage Electronic Registration Systems, Inc.**, a Delaware corporation, having an address of P.O. Box 2026, Flint, MI 48501-2026 ("**Assignor**") to **Wells Fargo Bank, N.A., as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2005-1**, whose address is 9062 Old Annapolis Road, Columbia, Maryland, 21045 ("**Assignee**").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, assign, transfer and set over unto the Assignee, its successors, transferees, and assigns forever, all of the rights, title and interest of said Assignor in and to the following instruments describing property therein, duly recorded in the offices of the Providence County, Rhode Island Register of Deeds:

**Mortgage:**
Date of Mortgage: May 17, 2005
Borrower: Rafael E. Santos
Mortgagee: Mortgage Electronic Registration Systems, Inc., a Delaware corporation
Mortgage Amount: $378,750.00 and interest
Recording Date: May 17, 2005
Recording Book: 7288
Recording Page: 232
Mortgage covers the following described property:

989-993 BROAD STREET
PROVIDENCE, RI 02905

Doc No: 00134059
Book: 7979 Page: 36

Executed this 7th day of April, 2006 by Mortage Electronic Registration Systems, Inc.

Mortgage Electronic Registrations Systems, Inc.

Signature Linda Holland
Linda S. Holland
Vice President

**ACKNOWLEDGMENT**

STATE OF **Kansas** )
) ss.
COUNTY OF **Johnson** )

On this 7th day of April, 2006, before me appeared Linda S. Holland, to me personally known, who, being duly sworn, did say that s/he is the Vice President for Mortgage Electronic Registration Systems, Inc., (hereafter "Corporation"), and that the instrument was signed for the purposes contained therein on behalf of the Corporation and by authority of the Corporation, and s/he further acknowledges the instrument to be the free act and deed of the Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

Patricia L. Jackson
Notary Public

My Commission Expires:

PATRICIA L. JACKSON
NOTARY PUBLIC - State of Kansas
My Appt. Exp. May 28, 2007

RECEIVED

Providence
Received for Record
Apr 12,2006 at 01:48:59P
Document Num: 00134059
Barbara Troncy
Recorder of Deeds