LISR Doc No: 00109703
Book: 7613 Page: 195

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr.No. 05-108-01S |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. §§ 841(a) |
| | ) | (1) & (b)(1)(C), 21 U.S.C. § 846, |
| RAFAEL SANTOS | ) | 21 U.S.C. § 853 and 18 U.S.C. § 2. |

## LIS PENDENS

NOTICE is hereby given that the foregoing criminal action has been commenced and is now pending in the United States District Court for the District of Rhode Island between the United States of America and the above named defendants. On October 5, 2005 an Indictment was returned in the United States District Court for the District of Rhode Island, charging the above named defendants with violations of Title 21, United States Code, Sections 841 and 846.

It is the intention of the United States of America to seek forfeiture of the following described real property located at 989-993 Broad Street, Providence, Rhode Island with all buildings, fixtures, easements, appurtenances, and improvements thereto, on the basis that such property is subject to forfeiture pursuant to Title 21, United States Code, Section 853:

> That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State

of Rhode Island, laid out and designated as Lot No. 45(forty-five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1908", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.

Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 17, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

Said land and premises is also known as Assessor's Plat 53, Lot 494 in the records of the Tax Assessor of the City of Providence.

The record owner of this property is RAFAEL SANTOS.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

RECEIVED:
Providence
Received for Record
Oct 12,2005 at 09:59:48A
Document Num: 00109703
Barbara Troncy
Recorder of Deeds

*Michael P. Iannotti*

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000