IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-108-01S |
| | ) | |
| RAFAEL SANTOS | ) | |

MOTION OF THE UNITED STATES FOR
ENTRY OF A FINAL ORDER OF FORFEITURE

NOW COMES the United States of America, by and through its attorneys and moves the court for entry of a Final Order of Forfeiture with respect to the following property for the reasons set forth in the accompanying affidavit of the undersigned:

**one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island.**

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2006, I electronically filed the within Motion of the United States for Entry of a Final Order of Forfeiture and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participants have received notice electronically:

William J. Murphy, Esq.
127 Dorrance Street
Providence, RI 02903

Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

I also caused a copy of the proposed Final Order of Forfeiture to be forwarded, by postage prepaid mail, to the above.

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney