IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-108-01S |
| | ) | |
| RAFAEL SANTOS | ) | |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on April 7, 2006, this Court entered a preliminary Order of Forfeiture with respect to the defendant's interest in the following property:

> **one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island.**

3. That direct written notice has been provided to all persons or entities known to have alleged an interest in the property.

4. That the claim of Wells Fargo Bank, N.A., as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2005-1, has been settled.

5. That notice of this forfeiture action was published in the Providence Journal on July 13, 20, and 27, 2006. Said published notice advised all third parties of their right to

petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. (Exhibit One).

6. That no other third party has made any claim to or declared any interest in the above-described forfeited property.

WHEREFORE, the United States moves this court for entry of a Final Order of Forfeiture declaring the above-described property forfeited as to all parties and vesting full right, title and interest in the property in the United States of America and directing the United States Marshal to dispose of said real property according to law.

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 29th day of August, 2006.

Notary Public

My commission expires 8/27/09.

September 1973
Standard Form No. 1143
1 TFRM 4-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
USDOJ/US Marshals Service

DATE
July 6, 2006

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT
Legal Advertisement

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
Three

DATE(S) ADVERTISEMENT APPEARED
July 13, 20 and 27, 2006

SPECIFICATIONS FOR ADVERTISEMENT

SEE ATTACHED COPY OF NOTICE OF FORFEITURE

COPY FOR ADVERTISEMENT

SEE ATTACHED COPY

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER CR-05-108-01-S/06-DEA-458468 |
| DATE | DATE 7.6.06 |
| SIGNATURE OF AUTHORIZING OFFICIAL | TITLE Administrative Officer |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 3:00 p.m., November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

U.S. Marshals Service
P.O. Box 1524
Providence, RI 02903
ATTN: Irene Maciel, SFS

**IMPORTANT**

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-106

06-DEA-458468



valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars, upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

**MORTGAGEE'S SALE**
1278 Chalkstone Avenue
Providence, Rhode Island

Will be sold at public auction on July 14, 2006 at 12:00 p.m. local time on the premises at 1278 Chalkstone Avenue, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Martins O. Akinde, which mortgage is dated June 10, 2004, and recorded June 11, 2004 at 12:44 p.m. in Book 6597 at Page 24 in the Records of Land Evidence in the City of Providence, the conditions of said mortgage having been broken.

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 6597 at Page 24 in the Records of Land Evidence in the City of Providence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458

**LEGAL NOTICES**

BELOW NAMED OCCUPANT(S):
Theresa Lopes (A023) snow board, love seat
Melvina Straker (E348) boxes, totes
Robin Turchetta (C193) ice chest, table kitchen

PURCHASES MUST BE MADE WITH CASH ONLY AND PAID FOR AT THE TIME OF SALE. ALL GOODS ARE SOLD AS IS AND MUST BE REMOVED AT THE TIME OF THE SALE. SALE IS SUBJECT TO ADJOURNMENT.

AGENT OF OWNER
David Rivera

**NOTICE OF FORFEITURE**

Notice is hereby given that on April 7, 2006, in the case of UNITED STATES v. RAFAEL SANTOS, CR. No. 05-108S, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America, one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island that is more fully described as follows:

That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State of Rhode Island, laid out and designated as Lot No. 45 (forty-five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, (JUNE 1908", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.

Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 10, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

The United States hereby gives notice of its intention to dispose of the above-referenced real property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced real property must file a petition with the Clerk of the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioners alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD

**LEGAL NOTICES**

**ZONING BOARD and BOARD OF APPEAL**
AGENDA
**July 27, 2006**

Notice is hereby given that the Zoning Board of Review and Board of Appeal will hold its monthly meeting on July 27, 2006, at 7:00 PM, in the Library at the Ferri Middle School, 10 Memorial Avenue, Johnston, RI. All persons interested in the following proposals are requested to be present at this time. The assembly facilities are accessible to the handicapped. Persons requiring special accommodations shall call the Zoning Office at least 48 hours in advance of the meeting (401) 231-4135. Persons utilizing TDD equipment may contact the Town through "Relay Rhode Island" at 1-800-745-6675. The agenda for the evening will be as follows, subject to change:

**BOARD OF APPEAL**

1. File 2006-01 - Appeal of Planning Board Decision RE: Killian Estates Farm, Major Subdivision, Master Plan Approval; Greenville Holdings, LLC, Owner; Killian Rd at 1-295; AP 50 - Lot 66; R-40 Zone; Remand from Superior Court.

**ZONING BOARD OF REVIEW**

OLD BUSINESS
1. File 2006-30 - Franco and Lynne Petrone, Owners, Arcadia Ave; Assessors Plat (AP) 12-Lot 38; R-10 Zone; Dimensional Variance per Art III, Section F, Table III-F-1 and Section L (1)(b-2).

NEW BUSINESS
1. File 2006-36 Joseph and Eleanor Balassone, Owners; 92 Simmonsville Ave; AP 29-Lot 82; R-20 Zone; Dimensional Variance per Art III, Section F, Table III-F-1.
2. File 2006-37 - Thomas and Barbara Aquilante, Owners; 23 Scituate Ave; AP 44/1-Lot 4; R-15 Zone; Dimensional Variance per Art III, Section F, Table III-F-1.
3. File 2006-38 - 195 Associates, LLC, Owner; 1386 Atwood Avenue; AP 44/2 Lots 56, 357, 358, 359, and AP 44/4 Lot 66; B-2 Zone; Special Use permit per Art III, Section D(9-5) "Veterinary Office" in PetSmart.
4. File 2006-39 - Toria Realty, Inc., Owner; Ministerio Cristiano Salem, Applicant; 7 Pezzullo St; AP 38-Lot 291; B-1 Zone; Special Use permit per Art III, Section D(4-1) "Church".
5. File 2006-40 - Robert Corio, Owner; Designs International, Inc., Applicant; 1263 Hartford Ave; AP 20-2-Lot 50; B-2/R-15 Zone; 6-month extension of prior approval on 9-25-2003 for Dimensional Variances.
6. File 2006-41 - Barbara Rotella; Golden Ave; AP 9-Lot 248; R-15 Zone; 6-month extension of prior approval recorded on 8-18-2005 for Dimensional Variances.

Notice: There will be no monthly meeting in August 2006.

Adjourn

Per order of the Zoning Board of Review
Anthony Pilozzi, Chairman

**LEGAL NOTICES**

Specifications are available during normal business hours at the Office of the Business Administrator, 845 Park Avenue, Cranston, R.I. 02910 and will be opened publicly at the above time and date in the Business Office. Individuals requesting interpreter services for the hearing impaired must notify the Office of the Business Administrator at 270-8188, seventy-two (72) hours in advance of the opening. Hearing impaired persons may also obtain assistance by calling (401) 270-8115 TDD.

M. Gordon Palumbo
School Committee
Chairperson

TOWN OF GLOCESTER
**Invitations for Bid**

Sealed Bids, in quadruplicate, plainly marked "**Sealed Bid - IFB 2007-01 DUMP TRUCK BODY WITH SCREEN AND LOAD COVER**" will be received until 4:00 p.m. prevailing time, **July 27, 2006** at the Office of the Finance Director, Town of Glocester, 1145 Putnam Pike, PO Drawer B, Chepachet, RI, 02814-0702. They will be opened publicly at 10:00 a.m. prevailing time, **July 28, 2006** in the Glocester Town Hall Council Chambers.

Bid documents can be obtained at the above office on or after **July 13, 2006** between the hours of 8:00 a.m. and 4:00 p.m. Individuals requesting interpreter services for the hearing impaired must notify the Town Clerk at (401) 568-6206 or TDD at 568-1422 at least 72 hours in advance of the bid opening date.

Nothing.
That's how much it costs you to sell your stuff.
projo FREE classifieds
Go to projofree.com for more details.

Thursday, July 20, 2006

... the following: NEW PARKING, PARKING LOT UPGRADING, & MISCELLANEOUS BUILDING ENTRANCE ALTERATIONS at Project RI 7-1A, Harbor View Manor in accordance with the Contract Documents (Drawings and Specifications) prepared by Castellucci, Galli Corporation, until **2:00 P.M.** local time on **Tuesday, August 22, 2006** at the Housing Authority Office, East Providence Housing Authority, 99 Goldsmith Avenue, East Providence, Rhode Island, at which time bids will be publicly opened and read aloud.

Proposed forms of Contract Documents, including specifications and drawings are on file at the East Providence Housing Authority, 99 Goldsmith Avenue, East Providence, Rhode Island, on or after **Monday, July 24, 2006** between the working hours of 10:00 A.M. and 3:00 P.M.

A Pre-Bid Conference will be held at Harbor View Manor, 3663 Pawtucket Avenue, Riverside, Rhode Island, on **Friday, July 28, 2006,** at **11:00 A.M.** Copies of the documents may be obtained by depositing a non-refundable check in the amount of $75.00, made payable to the East Providence Housing Authority, for each set of documents so obtained.

A certified check or bank draft payable to the Housing Authority of East Providence, U.S. Government Bonds, or a satisfactory Bid Bond executed by the Bidder and acceptable sureties in the amount of five percent (5%) of Bid Proposal shall be submitted with the Bid.

The successful Bidder will be required to purchase and execute a satisfactory performance and payment bond or bonds, subject to the approval of the Local Authority.

Attention is called to the provisions for Equal Employment Opportunity, Minority Business Enterprises, Non-Collusive provisions and to payment of not less than the minimum salaries and wages as set forth in the Project Manual that must be paid on this project.

The Contract will be awarded to the responsible Bidder complying with the conditions of the Invitation for Bids, provided his Bid is reasonable and it is in the best interest of the Local Authority to accept it. The Bidder to whom the award is made will be notified at the earliest practicable date. However, the Local Housing Authority (LHA) reserves the right to reject any and all Bids and to waive any informality in Bids received whenever such rejection or waiver is in the interest of the LHA.

No Bid shall be withdrawn for a period of forty-five (45) days subsequent to the opening of Bids, without the consent of the Housing Authority of East Providence.

"An Equal Employment Opportunity/Affirmative Action Employer"

July 13, 2006

By: Mr. Richard Smith, Chairman

---

The Contract Documents may also be EXAMINED BUT NOT OBTAINED during regular business hours at the office of: **F.W. Dodge Reports, 24 Hartwell Avenue, Lexington, Massachusetts (888) 675-1503.**

No Bidder may withdraw their bid within Ninety (90) days after the actual date of the opening thereof.

The successful bidder must furnish 100% - Performance and Labor and Materials Bonds.

A Pre-Bid Conference will be held at 10:00 a.m. on July 20, 2006 at the **Burrillville Wastewater Treatment Facility, Clear River Drive, P.O. Box 71, Harrisville, RI 02839.** All prospective bidders are highly encouraged to attend and participate in the conference. Engineer will transmit to all prospective bidders of record such Addenda as Engineer considers necessary in response to questions arising at the conference.

Direct all inquiries to Joseph Simmons, Senior Engineer, BETA Group, Inc. (401) 333-2382.

The Owner, being considered the sole and only judge, reserves the right to waive any informality in, or to reject any and all bids should the Owner deem it to be in the Owner's best interest to do so.

The Maplehill Mobile Home Park Residents' Association

---

TOWN OF WEST WARWICK

## REQUEST FOR PROPOSAL

DEMOLITION SERVICES

105 Archambault Ave. and 17 Gareau Street

Specifications may be obtained at the Town of West Warwick's web site at www.westwarwickri.org under Requests for Proposals/Bids, or you may pick up a copy at the address below.

**Sealed bids shall be received until 10:00 a.m. on Tuesday, August 8, 2006** and then publicly opened and read aloud in the Council Chambers, at the address below at 10:30 a.m.

Sealed bids shall be sent to:

**Town of West Warwick**
**Attn: Finance Department - RFP**
**1170 Main Street**
**West Warwick, RI 02893**

Each bid should be clearly marked on the outside of the envelope:

**"Demolition Services"**

Individuals requesting interpreter services for the hearing impaired should call the Finance Director at (401) 822-9216 or TDD # 9224 at least seventy-two (72) hours in advance of the bid opening date.

The Town of West Warwick reserves the right to reject any and all bids, or parts thereof to waive any irregularity in the bids received and to accept the bids or part thereof deemed to be most favorable to the town.

Malcolm A. Moore
Finance Director
Wolfgang Bauer, Manager
Town of West Warwick

---

board, love seat
Melvina Straker (E348)
boxes, totes
Robin Turchetta (C193)
ice chest, table kitchen

PURCHASES MUST BE MADE WITH CASH ONLY AND PAID FOR AT THE TIME OF SALE. ALL GOODS ARE SOLD AS IS AND MUST BE REMOVED AT THE TIME OF THE SALE. SALE IS SUBJECT TO ADJOURNMENT.

AGENT OF OWNER,
David Rivers

## NOTICE OF FORFEITURE

Notice is hereby given that: on April 7, 2006, in the case of UNITED STATES V. RAFAEL SANTOS, CR. No. 05-108S, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island that is more fully described as follows:

That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State of Rhode Island, laid out and designated as Lot No. 45 (forty-five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1905", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.

Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 17, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

The United States hereby gives notice of its intention to dispose of the above-referenced real property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced real property must file a petition with the Clerk of the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioners alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

---

brances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions of record, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of Thirty Six Thousand Seven Hundred ($36,700.)Dollars in cash, certified or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof, or adjournment thereof.

Gerald A. Mosca
Attorney for the
Holder of Mortgage
10 Jefferson Blvd
Warwick, Rhode Island 02888
(401) 781-7777

## NOTICE OF CONTINUATION

At the above time and place, the above referenced foreclosure was postponed, continued, and adjourned until July 21, 2006 at 10:00 a.m. Local time on the premises. Other terms and conditions will be announced at the sale. By order of the Holder of the Mortgage who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

Gerald A. Mosca
Attorney for the
Holder of Mortgage
10 Jefferson Blvd
Warwick, Rhode Island 02888
(401) 781-7777

---

TOWN OF BURRILLVILLE, RHODE ISLAND
BOARD OF SEWER COMMISSIONERS

## INVITATION TO BID

Sealed bids for furnishing the Burrillville Sewer Commission, Wastewater Treatment Facilities with the following item(s):

**ITEM #1 - South Main Street Pump Station Replacement Pumps**

Specifications may be obtained at the above office effective immediately.

Separate sealed Bids will be received in the office, Burrillville Wastewater Treatment Facilities, 141 Clear River Dr., Oakland, RI 02858 (Mailing address PO BOX 71, HARRISVILLE, RI 02830) until 10:00 a.m. local time, August 3rd, 2006 at which time they will be opened publicly and read.

The Town of Burrillville, Board of Sewer Commissioners reserves the right to accept or reject without prejudice any or all proposals or to waive any irregularities therein, or to accept the bid deemed to be in best interest of the Town of Burrillville. Bids are to be placed in sealed envelopes and clearly marked in the lower left hand corner with the item (s) bid.

No bid will be accepted after date and time specified.

for the BURRILLVILLE SEWER COMMISSION
John E. Martin III
Superintendent of Wastewater Treatment Facilities

---

... redemption fo[r] ... taxes, if any, ... withstanding ... constitute val[id] ... cumbrances ... said sale.

Terms of ... Five Thous[and] ($5,000.00) in ... check or bank ... and place of sa[le] ... and condition[s] ... nounced at the ...

By order o[f] the mortgage ... gives notice of ... at said sale or ... ment or adjou[rnment]

PART[...]

Attor[ney] ...
180 So[...]
Provi[dence]

**MORTGAG[E ...]**

37 Gard[...]
East Pr[ovidence]
Rhode [Island]

Will be sold at ... on August ... p.m. local ... mises at 37 ... East Provi[dence] ... dence Coun[ty] ... land, said p[remises] ... by virtue ... sale contain[ed] ... mortgage ... cuted by An ... which mor[tgage] ... November ... recorded ... 2001 at 3:2 ... 1683 at Pag[e] ... cords of La[nd] ... the City o[f] ... dence, the ... said mortga[ge] ... broken:

That certain ... with all buil[dings] ... provements ... particularly de[scribed] ... mortgage dee[d] ... Book 1683 at ... Records of La[nd] ... the City of Eas[t] ...

The above p[...] sold subject to ... sessments, wa[ter] ... charges and ... brances which ... a prior lien the[reon] ... be conveyed su[bject] ... strictions and ... record, liens c[...] ... realty and rig[hts] ... tion for unpaid ... if any, as shall, ... ing this provis[ion] ... valid liens or ... thereon after s[aid] ...

Terms of sal[e] ... a down paym[ent] ... Thousand ($5,0[00]) ... upon the acce[ptance] ... successful bid ... cash or by ... check at the ti[me] ... sale. The balanc[e] ... by the purchase[r] ... bank treasurer ... check within ... after the date o[f] ... er terms and co[nditions] ... announced imm[ediately] ... to said sale.

By order of ... the mortgage ... tice of its inte[ntion] ... such sale or ... ment or adjourn[ment]

HARMON L[...]

Neil W. F[...]
Attorney ...
of
150 Ca[...]
New[...]

(617) 558-0500

## NOTICE OF FORFEITURE

Notice is hereby given that on April 7, 2006, in the case of UNITED STATES V. RAFAEL SANTOS, CR. No. 05-108S, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island that is more fully described as follows:

That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly corner of Sumter Street and Broad Street in the City and County of Providence, State of Rhode Island, laid out and designated as Lot No. 45 (forty-five) on that plat entitled, "ALFRED ANTHONY PLAT BY J.A. LATHAM, JUNE, 1908", which plat is recorded in the Land Evidence Records of the City of Providence in Plat Book 30 at Page 17 and (copy) on Plat Card 944.

Being the same land and premises conveyed to Rafael Santos by Carlos P. Pena by deed dated May 17, 2005, and recorded in the land evidence records of the City of Providence on May 17, 2005 at Book 7288, Page 0230.

The United States hereby gives notice of its intention to dispose of the above-referenced real property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced real property must file a petition with the Clerk of the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioners' alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

## STATE OF RHODE ISLAND PROBATE COURT OF THE TOWN OF EXETER

675 TEN ROD ROAD
EXETER, RI 02822

Matters pending and for hearing in said Court:

BROWNELL, PETER, ESTATE (06-11); Stephen E. Brownell of P.O. Box 334, Exeter, RI 02822 has qualified as Executor ... creditors must file their

Rhode Island 02852
Tel: (401) 295-0044
Fax: (401) 295-8685

Quidnessett Development Corporation reserves the right to reject any and all Bids, to waive any and all informalities and the right to disregard all nonconforming, nonresponsive, or conditional bids.

Questions relative to this advertisement should be directed to Harold Luchka (QDC) at 401-295-0044 x226), Robert Badders (CHA) at 518-453-4527 or Jack Kilgallon (CHA) at 518-453-3948.

## MORTGAGEE'S SALE

4 Westwood Road
Bristol, Rhode Island

Will be sold at public auction on August 4, 2006 at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by SHERRAL A. CROWN and GEORGE J. CROWN, dated February 21, 1992, and recorded in the Records of Land Evidence of the Town of Bristol, State of Rhode Island, in Book 426, Page 227, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 426 at Page 227.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

## NOTICE OF PUBLIC HEARING

The North Providence Housing Authority, in accordance with the Department of Housing and Urban Development Quality Housing and Work Responsibility Act of 1998, referred to as the Public Housing Reform Act of 1998, will hold a public hearing relative to the Authority's Amended 5-Year Plan and Annual Plan for fiscal year 2006. The public hearing will be held on Wednesday, August 2, 2006, at 10:00 am at the offices of the Authority, 945 Charles Street, North Providence, Rhode Island. The Annual Plan is available for review at the office of the Authority Monday through Friday, from 9:00 am to 4:00 ... handicap...

ment or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Helger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## WEST GLOCESTER FIRE DISTRICT

ANNUAL MEETING OF THE WEST GLOCESTER FIRE DISTRICT WILL BE HELD SATURDAY, AUGUST 5, 2006, 10:00 AM, AT WEST GLOCESTER FIRE STATION #1, 2410 PUTNAM PIKE, WEST GLOCESTER, RI. AGENDA WILL BE ADOPTION OF BUDGET, ELECTION OF OFFICERS AND GENERAL BUSINESS. INDIVIDUALS REQUESTING INTERPRETER SERVICES FOR THE HEARING IMPAIRED MUST NOTIFY THE CLERK AT 568-5532, 72 HOURS IN ADVANCE OF THE MEETING DATE.

JANICE LOWELL
CLERK

BLACKSTONE HEALTH, INC. (BHI)

## Notice of Change - Invitation to Bid

Due date for Title III-C Congregate Meal catering contract has been extended to 12:00 PM, 8/31/06. Prebid conference at 1 PM on 8/3/06 at BHI in Pawtucket. Call 728-9290 to confirm attendance.

## MORTGAGEE'S SALE

113-115 Sorrento Street
Providence, Rhode Island

Will be sold at public auction on August 11, 2006, at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by JOSE L. POZO-CAMPOS and STEPHANIE RODRIGUEZ, dated August 30, 2004, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 6751, Page 107, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 6751 at Page 107.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
... for Holder ...

for Health Plan Certification has been completed.

Any parties interested in making written comment concerning the above-named Applications for Health Plan Certification must do so within ten (10) days of the date of this notice. Written comments must be addressed to:

Fernanda M.A. da Costa
Health Services Regulation
Office Managed Care Regulation
Room 410
3 Capitol Hill
Providence, RI 02908

Signed this 18th day of July, 2006

Fernanda M.A. da Costa
Chief, Managed Care Regulation
Division of Health Services Regulation

RHODE ISLAND PUBLIC TRANSIT AUTHORITY

## Invitation for Bid Number 07-02

II. NOTICE TO OFFERORS

A. Date:
July 21, 2006

The Rhode Island Public Transit Authority (RIPTA) is requesting Bids for the following:

**"Genuine" Orion V. Bus Parts**

All Bids shall be submitted in the required format and quantity as set forth in the IFB. This Bid must be received by August 25, 2006 at 1:00 p.m. Eastern Time, by the Purchasing Department, Room 218, 265 Melrose Street, Providence, Rhode Island 02907.

Award of contract is subject to financial assistance of 80% from the US Department of Transportation (FTA Project **RIPTA Operating Funds**) and 20% from RIPTA. The successful Bidder shall comply with the conditions and terms applicable thereunder.

The successful Bidder shall be required to comply with all applicable Equal Opportunity and Disadvantaged Business Enterprise regulations. Bidders are encouraged to view the Rhode Island Minority Business Enterprise (RIMBE) website for a list of Disadvantaged Business Enterprise vendors that may be interested in working with your company on this bid. The RIMBE website address is: http://www.mbe.ri.gov/search.php

The successful Bidder shall be required to certify that he is not on the Comptroller General's List of Ineligible Contractors.

An electronic copy of the bid is available on the State of Rhode Island, Department of Administration Division of Purchases Website. The website address is: www.purchasing.ri.gov/RIVIP/External/BidSearch.asp

RIPTA bids can be Public Bid Opportunities: Quasi Public Sector, listed under the Rhode Island Public Transit Authority. **Bidders must download the bid documents and complete the required forms.**

If you are unable to access the Internet, a printed copy of the Bid may be obtained from

particularly describ... mortgage deed rec... Book 1683 at Page... Records of Land Ev... the City of East Pro...

The above premi... sold subject to all... sessments, water... charges and othe... brances which may... a prior lien thereo... be conveyed subjec... strictions and eas... record, liens conce... realty and rights... tion for unpaid fed... if any, as shall, not... ing this provision... valid liens or enc... thereon after said...

Terms of sale... a down paymen... Thousand ($5,000... upon the accept... successful bid,... cash or by ban... check at the time... sale. The balance... by the purchaser... bank treasurer's... check within thi... after the date of t... er terms and con... announced imme... to said sale.

By order of... the mortgage wh... tice of its inten... such sale or a... ment or adjourn...

HARMON L...
Neil W. H...
Attorney...
150 C...
New...

MORTGAG...
200-202 R...
Providence...
Will be sold a... on August... 11:00 a.m.... the premis... the pow... contained... made by M... LERIO,... 19, 2005,... the Recor... dence of th... dence, S... Island, in... 200, the c... mortgage... broken;

That cert... with all bu... provements... particularly... mortgage... said Book 7...

The abov... sold subject... sessments... brances wh... a prior lien... be convey... easements,... cord, tenan... redemption... taxes, if a... withstandi... constitute... cumbrance... said sale.

Terms... Five T... ($5,000.0... check or... and place... and cond... nounced...

By ord... the mort... gives not... at said s... ment or...