IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-108-01S |
| | ) | |
| RAFAEL SANTOS | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on April 7, 2006, this Court entered a preliminary Order of Forfeiture with respect to the defendant's interest in the following property:

> **one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island.**

AND WHEREAS, notice of this forfeiture action was published in the Providence Journal on July 13, 20, and 27, 2006, advising all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, direct written notice has been provided to all persons or entities known to have alleged an interest in the property;

AND WHEREAS, the claim of Wells Fargo Bank, N.A., as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2005-1 has been settled;

AND WHEREAS, no other third party has made any claim to or declared any interest in the above-described property;

It is hereby

ORDERED, ADJUDGED and DECREED

That the following property is forfeited to the United States of America, with all right, title, and interest thereto vesting in the United States of America, and the United States Marshal is authorized to dispose of said property according to law:

> **one parcel of real property with buildings, appurtenances, and improvements, located at 989-993 Broad Street, Providence, Rhode Island.**

BY ORDER:

ENTER:

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE
9/18/06