**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Petitioner,** | ) | |
| **V.** | ) | **CR. NO. 005-108-01S**<br>**CR. NO. 04-112-01ML** |
| **RAFAEL E. SANTOS**<br>**Respondent.** | ) | |

**MOTION TO PROCEED INFORMA PAUPERIS**
**PURSUANT TO 28 U.S.C. SECTION 1915**

COMES NOW, Rafael Santos, the defendant, **pro se**, and hereby moves this Honorable Court to grant his Motion to Proceed Informa Pauperis, pursuant to 28 U.S.C. section 1915, whereby defendant deposes and says:

(1) Defendant is filing a Motion to Correct Sentence, the illegal seizure and forfeiture of properties and personal items, e.g., jewelries that were unrelated to the case at bar nor profit generated from the crime charged in the indictment was used in procurement of these properties as it does not conform with the U.S. Constitutional Safeguards and Ineffective Assistance of Counsel.

(2) Defendant is currently an inmate at L.S.C.I. Allenwood in White Deer, PA 17887.

(3) Defendant has been incarcerated for the past 13 months and is indigent. Defendant has seldomly received any funds from his family, and does not anticipate acquiring any funds in the foreseeable future, which could serve

to assist or advance the prerequisite fees for filing in matters of this instant nature, as any funds received would be for the expressed purpose of obtaining the appropriate number of copies, and first class postage required in the initiation of action of the instant nature.

(4) Finally, Defendant respectfully requests of this District Court's permission to proceed on the instant filing, whereas it fully sets forth his claim addressing the nature of the unlawful sentence to which he is actually innocent of and the illegal seizure and forfeiture of properties and personal items that were unrelated to this case at bar.

## CONCLUSION

WHEREFORE, Defendant prays that this Honorable Court will grant Defendant's Motion to Proceed Informa Pauperis, pursuant to 28 U.S.C. section 1915.

November 5, 2006

Respectfully Submitted,

Rafael Santos

**RAFAEL SANTOS**
#05654-070
LOW SECURITY CORRECTIONAL INSTITUTION - ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

**CERTIFICATE OF SERVICE**

I, Rafael Santos, **Pro Se**, hereby certify that copies of the foregoing: **"Motion to Proceed Informa Pauperis,"** pursuant to 28 U.S.C. Section 1915, was placed in the prison mailing system on November 5, 2006, to be sent to the United States District Court for the District of Rhode Island, 1 Exchange Terrace, Providence, Rhode Island 02903 and United States Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, Rhode Island 02903 pre-paid first-class US Mail.

Date: November 5, 2006

Respectfully Submitted

Rafael Santos

**RAFAEL SANTOS**